NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHNNIE KE KNIGHT,                    )
                                      )
        Appellant,                    )
                                      )
v.                                    )     Case No.  2D17-3730
                                      )
STATE OF FLORIDA,                     )
                                      )
        Appellee.                     )
_____)

Opinion filed December 19, 2018.

Appeal from the Circuit Court for Highlands
County; Peter F. Estrada, Judge.

Howard L. Dimmig, II, Public Defender,
and Richard J. Sanders, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and C. Todd Chapman,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


      Affirmed.


LaROSE, C.J., and VILLANTI and SLEET, JJ., Concur.